1  CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                          **Case:** 5:20-CV-07985-EJD

10              Plaintiff,                  **Plaintiff's Notice of Voluntary Dismissal With Prejudice**
11
         v.
12                                          **Fed. R. Civ. P. 41(a)(1)(A)(i)**
13  JANIX INCORPORATED, a California
Corporation; and Does 1-10,
14
15              Defendant.

16

17      **PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby

18  voluntarily dismisses the above captioned action with prejudice pursuant to

19  Federal Rule of Civil Procedure 41(a)(1)(A)(i).

20      Defendant Janix Incorporated, a California Corporation, has neither

21  answered Plaintiff's Complaint, nor filed a motion for summary judgment.

22  Accordingly, this matter may be dismissed without an Order of the Court.

23

24  Dated: February 25, 2021      CENTER FOR DISABILITY ACCESS

25                                 By:    /s/Amanda Seabock
26                                        Amanda Seabock
                                          Attorney for Plaintiff
27

28

1

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)